# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                  Case No. 3:16-CR-20

**GARY COX,**

        **Defendant.**

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

    Pursuant to the record set forth in open Court on April 13, 2018, the Defendant appeared with Counsel and entered his admissions to the violations of supervised release as alleged by the U.S. Probation Department. The Court found the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

    The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of four (4) months. The sentence will be followed with a term of 114 months of supervised release with the following special conditions:

    The Defendant shall participate in a sexual offender treatment program, to include a sex offender risk assessment, psycho-sexual evaluation and/or other evaluations needed.

    The Defendant shall maintain full-time employment.

    The Court makes the following recommendations to the Bureau of Prisons, that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense.

    The Defendant was explained his rights of appeal and he indicated an understanding of same.

    The Defendant is remanded to the custody of the U.S. Marshal.

    IT IS SO ORDERED.

Date: April 16, 2018

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT