# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

**Plaintiff,**

-vs-

**Case No. 3:16-CR-20**

**GARY COX,**

**Defendant.**

---

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

Pursuant to the record set forth in open Court on December 12, 2022, the Defendant appeared with Counsel and entered his admissions to the violations of supervised release as alleged by the U.S. Probation Department. The Court found the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) months. The sentence will be followed with a term of sixty (60) months of supervised release. All special conditions shall be reimposed.

The Court makes the following recommendations to the Bureau of Prisons, that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense. He be incarcerated as to the Dayton, Ohio area consistent with his security status.

The Defendant was explained his rights of appeal and he indicated an understanding of same.

The Defendant is remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED.**

Date: December 13, 2022

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT